IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM WARD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **09-08-GPM** |
| ) | |
| **DONALD HULICK, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Ward's "Motion to Subpoena Discovery," whereby he requests the Court to order Menard Correctional Center to turnover his medical records for use in the above-captioned case. **(Doc. 23).**

Defendant Reed has filed a motion challenging whether plaintiff exhausted administrative remedies prior to filing suit, as required by 42 U.S.C. § 1997e(a). **(Doc. 26).** In accordance with the Trial Practice Schedule previously entered by the Court **(Doc. 22)** and *Pavey v. Conley,* 544 F.3d 739, 742 (7th Cir. 2008), discovery regarding the merits of the case is deferred until after the exhaustion issue is determined by the Court.

**IT IS THEREFORE ORDERED** that plaintiff's "Motion to Subpoena Discovery" **(Doc. 23)** is **DENIED** as premature.

**IT IS SO ORDERED.**

**DATED: May 5, 2010**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**