IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **WILLIAM WARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **09-08-GPM** |
| | ) | |
| **DONALD HULICK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Ward's "Supplemental Motion for Discovery," seeking

information regarding the merits of the above-captioned case.  **(Doc. 34).**

Defendant Reed has filed a motion challenging whether plaintiff exhausted

administrative remedies prior to filing suit, as required by 42 U.S.C. § 1997e(a).  **(Doc. 26).**  In

accordance with the Trial Practice Schedule previously entered by the Court **(Doc. 22)** and

*Pavey v. Conley,* 544 F.3d 739, 742 (7th Cir. 2008), discovery regarding the merits of the case is

deferred until after the exhaustion issue is determined by the Court.

**IT IS THEREFORE ORDERED** that plaintiff's  "Supplemental Motion for Discovery"

**(Doc. 34)** is **DENIED** as premature.

**IT IS SO ORDERED.**

**DATED: May 5, 2010**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**